IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| G. DOE, | ) | |
| | ) | |
| Plaintiff, | ) | Civil Action No. 20-1761 |
| | ) | |
| v. | ) | Judge Cathy Bissoon |
| | ) | Magistrate Judge Maureen P. Kelly |
| UNIT MANAGER, *et al.*, | ) | |
| | ) | |
| Defendants. | ) | |

## **MEMORANDUM ORDER**

This case has been referred to United States Magistrate Judge Maureen P. Kelly for pretrial proceedings in accordance with the Magistrates Act, 28 U.S.C. §§ 636(b)(l)(A) and (B), and Local Rule of Civil Procedure 72.

On March 24, 2021, the Magistrate Judge issued a Report (Doc. 6) recommending that this case be dismissed pursuant to Poulis v. State Farm Fire & Cas. Co., 747 F.2d 863 (3d Cir. 1984). Service of the Report and Recommendation ("R&R") was made on Plaintiff, and no objections have been filed.

After a review of the pleadings and documents in the case, together with the Report and Recommendation, it hereby is **ORDERED** that this case is **DISMISSED WITH PREJUDICE**, and the Magistrate Judge's R&R (Doc. 6) is adopted as the Opinion of the District Court.

IT IS SO ORDERED.


November 5, 2021                                             s/Cathy Bissoon
                                                             Cathy Bissoon
                                                             United States District Judge

2

cc (via First-Class U.S. Mail):

JOHN "G" DOE
MG-7050
SCI Greene
169 Progress Drive
Waynesburg, PA 15370